UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES LESTER, ET AL.,

    Plaintiff(s),    CASE NO. 04-10055

v.    JUDGE David M. Lawson

FEDERAL EXPRESS CORP.,
ET AL.,    MAGISTRATE JUDGE Charles E. Binder

    Defendant(s).
_____/

## NOTICE OF MULTIDISTRICT LITIGATION TRANSFER

**TO:** **United States District Court for the Northern District of Indiana**

The above-entitled case has been transferred to your Court pursuant to the CONDITIONAL TRANSFER ORDER for inclusion in MULTIDISTRICT LITIGATION 1700. Enclosed is a certified copy of this Court's docket sheet.

Please acknowledge receipt of these documents by returning a time-stamped copy of this notice in the enclosed envelope.

## NOTICE TO LITIGANTS

All future papers are to be filed directly with the United States District Court for the Northern District of Indiana. Their address is: 204 South Main Street, South Bend, Indiana 46601. To avoid delays, reference the MDL number 1700 and Case Number 05-532.

## CERTIFICATION

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

    DAVID J. WEAVER, CLERK OF COURT

Date: September 9, 2005    By____s/Susan M Martin_____
    Deputy Clerk